# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JACQUELINE MUHAMMAD**<br>213 Q Street NW<br>Washington, DC 20001,<br><br>Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**<br>c/o CT Corporation System<br>1015 15th Street NW, Suite 1000<br>Washington, DC 20005<br><br>**EQUIFAX INFORMATION SERVICES, LLC**<br>c/o Corporation Service Company<br>1156 15th Street NW, Suite 605<br>Washington, DC 20005<br><br>**TRANS UNION LLC**<br>c/o Corporation Service Company<br>1156 15th Street NW, Suite 605<br>Washington, DC 20005<br><br>**WESTLAKE FINANCIAL SERVICES**<br>c/o Corporate Creations, Inc.<br>2 Wisconsin Circle<br>Chevy Chase, MD 20815<br><br>**SANTANDER CONSUMER USA, INC.**<br>c/o CT Corporation System<br>1015 15th Street NW, Suite 1000<br>Washington, DC 20005<br><br>**ALLY FINANCIAL, INC.**<br>c/o CT Corporation System<br>1015 15th Street NW, Suite 1000<br>Washington, DC 20005 | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No.: 1:26-cv-00344 |

1

**MIDLAND CREDIT MANAGEMENT,** §
**INC.** §
**c/o Corporation Service Company** §
**1156 15th Street NW, Suite 605** §
**Washington, DC 20005** §
§
**NCB MANAGEMENT SERVICES, INC.** §
**c/o CT Corporation System** §
**1015 15th Street NW, Suite 1000** §
**Washington, DC 20005** §
§
    **Defendants.**

# NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, NCB Management Services, Inc. ("NCB"), hereby removes the above captioned civil action from the Superior Court of the District of Columbia Civil Division – Civil Actions Branch to the United States District Court for the District of Columbia. The removal of this civil action is proper because:

    1.    NCB is a defendant in a civil action filed by plaintiff, Jacqueline Muhammad ("plaintiff"), in the Superior Court of the District of Columbia Civil Division – Civil Actions Branch, captioned as *Jacqueline Muhammad v. Experian Information Solutions, Inc. et al.,* Case No. 2026-CAB-000269 (hereinafter the "State Court Action").

    2.    Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, NCB removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

    3.    The Complaint in the State Court Action asserts claims under the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681 *et seq.*, the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. § 1692 *et seq.*, and D.C. Consumer Protection Procedures Act, D.C.

Code § 28-3901 *et seq.* True and correct copies of the State Court Docket Sheet and all pleadings filed in the State Court Action are attached hereto as **Exhibit A.**

4. Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FCRA and FDCPA claims pursuant to 28 U.S.C. § 1331 and would have supplemental jurisdiction over the state law claims asserted pursuant to 28 U.S.C. § 1367.

5. The Superior Court of the District of Columbia Civil Division – Civil Actions Branch is located within the District of Columbia. Therefore, venue for purposes of removal is proper because the United States District Court for the District of Columbia embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

6. Pursuant to 28 U.S.C. § 1446(b), NCB has timely filed this Notice of Removal. NCB was served with the Summons and Complaint on February 3, 2026. This Notice of Removal is being filed within 30 days from service of the Summons and Complaint.

7. As of the date of this filing, no other defendant has been served.

8. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Superior Court of the District of Columbia Division – Civil Actions Branch.

WHEREFORE, Defendant, NCB Management Services, Inc., hereby removes the State Court Action to this Honorable Court.

    Respectfully Submitted,

    */s/ Aaron R. Easley*
    Aaron R. Easley, Esq. (#450292)
    SESSIONS, ISRAEL & SHARTLE, LLC
    3 Cross Creek Drive
    Flemington, NJ 08822-4938
    Telephone: (908) 237-1660
    Facsimile: (877) 334-0661
    Email: aeasley@sessions.legal

    *Attorney for Defendant,*
    *NCB Management Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the District of Columbia, and served upon the following:

*Via Email:*
Jacqueline Muhammad
213 Q Street NW
Washington, DC 20001
Telephone: (202) 497-0933
Email: jacquelinemuhammad@gmail.com
*Plaintiff, pro se*

    *Via U.S. Mail:*

| | |
|---|---|
| Experian Information Solutions, Inc. | Equifax Information Services, LLC |
| c/o C.T. Corporation System | c/o Corporation Service Company |
| 1015 15th Street NW, Ste. 1000 | 1156 15th Street NW, Ste. 605 |
| Washington, DC 20005 | Washinton, DC 20005 |
| *Defendant* | *Defendant* |

4

TransUnion-USA, Inc.
c/o Corporation Service Company
1156 15th Street NW, Ste. 605
Washington, DC 20005
*Defendant*

Westlake Financial Services
c/o Corporate Creations, Inc.
2 Wisconsin Circle
Chevy Chase, MD 20815
*Defendant*

Santander Consumer USA, Inc.
c/o C.T. Corporation System
1015 15th Street NW, Ste. 1000
Washington, DC 20005
*Defendant*

Ally Financial, Inc.
c/o CT Corporation System
1015 15th Street NW, Ste. 1000
Washington, DC 20005
*Defendant*

Midland Credit Management, Inc.
c/o Corporation Service Company
1156 15th Street NW, Ste. 605
Washington, DC 20005
*Defendant*

*/s/ Aaron R. Easley*
Aaron R. Easley